[No. 56360-2-I.   Division One.   December 11, 2006.]

*In the Matter of the Detention of* KIM P. DALY.

THE STATE OF WASHINGTON, *Respondent,* v. KIM P. DALY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-10006-2, Mary Yu, J., entered June 1, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56414-5-I.   Division One.   December 11, 2006.]

EUGENE BORISOVICH LUNOFF, *Respondent,* v. THE DEPARTMENT OF LICENSING, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-26429-4, Carol A. Schapira, J., entered May 20, 2005. *Reversed* by unpublished per curiam opinion.

[No. 56421-8-I.   Division One.   December 11, 2006.]

*In the Matter of the Marriage of* MICHAEL P. CROSSAN, *Appellant,* and REBECCA E. CROSSAN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 94-3-08691-3, Stephen Gaddis, J. Pro Tem., entered April 27, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56744-6-I.   Division One.   December 11, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DEANNA CHURCH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-12070-1, Mary Yu, J., entered August 15, 2005. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Agid and Becker, JJ.